```
John G. Michael           #106107
Andrea M. Upton           #285733
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620
```

Attorneys for Plaintiff ANLIN INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE WINDOWS, INC., a California corporation et al,<br><br>Defendants. | CASE No. 1:14-cv-00027-AWI-SKO<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff ANLIN INDUSTRIES, INC. ("Anlin") and Defendants GOLDEN STATE WINDOWS, INC. and GOLDENSTATEWINDOWS.COM (collectively referred to herein as "GSW"), do hereby stipulate and agree as follows:

1. This Court has jurisdiction over the subject matter of the Complaint filed on January 7, 2014 in Case No. 1:14-cv-00027, seeking, among other things, injunctive relief against GSW, for Trademark Infringement and related claims (the "Action") pursuant to 28 U.S.C. §§ 1331, 1338, and 1367, and the over the parties to this Stipulation for Entry of Final Judgment and Permanent Injunction ("Stipulation"). Further, venue is proper in this Court pursuant to 28 U.S.C. § 1391.

2. The Final Judgment and Permanent Injunction ("Judgment"), a true and correct copy of which is attached hereto as Exhibit 1, may be entered in the above-captioned

matter pending before the United States District Court for the Eastern District of California.

3. Anlin and GSW hereby waive their right to move for a new trial or otherwise seek to set aside the Judgment through any collateral attach, and further waive their right to appeal from the Judgment, except that Anlin and GSW each agree that this Court shall retain jurisdiction for the purpose of enabling any party to this Judgment to apply to the Court at any time for such further orders and directions as may be necessary or appropriate for the construction or the carrying out of the Judgment, for the modification of any of the injunctive provisions thereof, for enforcement of compliance therewith, and for the punishment of violations of the Judgment.

4. Anlin and GSW have stipulated and consented to the entry of the Judgment without the taking of proof and without trial or adjudication of any fact or law herein.

5. Anlin and GSW shall each bear their own costs and attorneys' fees related to the lawsuit and the preparation of this stipulation and the accompanying judgment.  In the event that any action or proceeding is brought to enforce the judgment, Anlin shall be entitled to recover its reasonable attorneys' fees and costs.

6. The individuals signing below represent that they have been authorized by the parties they represent to sign this stipulation.

DATED:  January ___, 2014          BAKER MANOCK & JENSEN, PC

By: _____
John G. Michael
Andrea M. Upton
Attorneys for Plaintiff ANLIN
INDUSTRIES, INC.

DATED:  January ___, 2014          GOLDEN STATE WINDOWS, INC.

By: _____
Gary Gershteyn, its _____

1   DATED: January ___, 2014           GOLDEN STATE WINDOWS.COM

2

3                                      By: _____
                                       Gary Gershteyn, individually and d/b/a/
4                                      GOLDENSTATEWINDOWS.COM

5

IT IS SO ORDERED.

6

Dated:  February 5, 2014              _____
7                                      SENIOR  DISTRICT  JUDGE