John G. Michael         #106107
Andrea M. Upton         #285733
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Plaintiff ANLIN INDUSTRIES, INC.

**FILED**

FEB 1 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE WINDOWS, INC., a California corporation et al,<br><br>Defendants. | CASE No. 1:14-cv-00027-AWI-SKO<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff ANLIN INDUSTRIES, INC. ("Anlin"), appearing through its attorney John G. Michael of Baker Manock & Jensen PC, and Defendants GOLDEN STATE WINDOWS, INC. and GOLDENSTATEWINDOWS.COM (collectively "GSW"), having stipulated and consented to the entry of this Final Judgment and Permanent Injunction, without the taking of proof and without trial or adjudication of any fact or law herein, and the Court having considered the matter and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over the subject matter hereof and the parties to this action pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

3. GSW and its representatives, agents, servants, and employees are hereby

1429902v1 / 15534.0006

STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

1  permanently enjoined from directly or indirectly using, displaying or posting Anlin's registered
2  trademarks, U.S. Trademark Registration Nos. 3273558, 2602374, and 2788866, for the marks
3  "Anlin", "Anlin Windows," and "Anlin Window Systems," respectively (the "Marks"), on any
4  website controlled by them or in any commercial advertising or promotional literature, and from
5  assisting, aiding or abetting any other person or entity in engaging in such use, display or posting
6  of Anlin's Marks.

7  4.  This Permanent Injunction shall bind GSW, its successors, assigns,
8  directors, officers, shareholders, partners, agents, attorneys, members and employees, and all those
9  in active concert or participation with any of them who receive actual notice of this Permanent
10 Injunction.  GSW shall provide notice of this Permanent Injunction to each of its directors,
11 officers, shareholders, partners, agents, attorneys, members and employees.

12 5.  Jurisdiction is retained by the Court for the purpose of enabling any party to
13 this Judgment to apply to the Court at any time for such further orders and directions as may be
14 necessary or appropriate for the construction or the carrying out of this Judgment, for the
15 modification of any of the injunctive provisions hereof, for enforcement of compliance herewith,
16 and for the punishment of violations hereof, if any.

17 The clerk is ordered to enter this Judgment forthwith.
18 DATED: February _11_, 2014

_____
U.S. DISTRICT COURT JUDGE

1429902v1 / 15534.0006
2
STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION